FILED _____ ENTERED
_____ RECEIVED

MAY 10 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WAYNE SAGEBARK JR,<br><br>Defendant. | CASE NO. MJ23-221<br><br>COMPLAINT for VIOLATION<br><br>Title 21, U.S.C. Section 841<br><br>Tile 18, U.S.C. Section 824(c) |

BEFORE, The Honorable Michelle L. Peterson, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

### (Possession of Controlled Substances with Intent to Distribute)

On or about May 10, 2023, in King County, within the Western District of Washington, DAVID WAYNE SAGEBARK JR did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)- 4-

Complaint - 1
*United States v. Sagebark/ MJ23-221*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

piperidinyl] propenamide (hereafter, "fentanyl"), a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 2

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about May 10, 2023, in King County, within the Western District of Washington, DAVID WAYNE SAGEBARK JR knowingly carried a firearm, that is: Springfield Armory 9mm pistol bearing serial number BA599199, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

And the complainant states that this Complaint is based on the following information:

I, SHAWNA MCCANN, being first duly sworn on oath, depose and say:

### Agent Background and Experience

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since September 2017. I am currently assigned to the Seattle Field Division where I am a member of the violent crime, gang, and Transnational Organized Crime – Western Hemisphere squad. In this capacity, I investigate, inter alia, violations of the Controlled Substances Act, Title 21, United States Code, Section 801 et seq., and related offenses. I have received specialized training in the enforcement and investigation of the Controlled Substances Act. I have received over 400 hours of classroom training including, but not limited to, drug identification, drug interdiction, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in the illegal

Complaint - 2
*United States v. Sagebark/ MJ23-221*

possession, possession for sale, sales, importation, smuggling, manufacturing, and trafficking of controlled substances.

2.      In my role as a Special Agent for the FBI, I have participated in narcotics investigations (e.g., heroin, cocaine, fentanyl, and methamphetamine) that have resulted in the arrest of individuals and the seizure of illicit narcotics and/or narcotics-related evidence and the forfeiture of narcotics-related assets. I have been involved in the service of federal and state search warrants as part of these investigations. I have encountered and have become familiar with various tools, methods, trends, paraphernalia, and related articles utilized by various traffickers in their efforts to import, export, conceal, and distribute controlled substances. I am also familiar with the manner in which drug traffickers use telephones, often cellular telephones, to conduct their unlawful operations, and how they code their conversations to disguise their unlawful activities. I am also familiar with the various methods of packaging, delivering, transferring, and laundering drug proceeds. Additionally, through my training and experience, I can identify illegal drugs by sight, odor, and texture.

3.      I have also worked on drug investigations involving the use of court-authorized wiretaps under Title III. In that capacity, I have had the opportunity to monitor, listen to, and review transcripts and line sheets (prepared by linguists) documenting the content of hundreds of intercepted conversations involving the trafficking of cocaine, methamphetamine, heroin, and other narcotics, by persons who used some form of code to attempt to thwart law enforcement detection. I have also interviewed defendants at the time of their arrest and have debriefed, spoken with, and/or interviewed numerous drug dealers or confidential sources (informants) at proffer and field interviews who were experienced in speaking in coded conversation over the telephone. From these interviews, and also from discussions with other experienced agents, I have gained knowledge regarding the various methods, techniques, codes, and/or jargon used by drug traffickers in the course of their criminal activities, including

Complaint - 3
*United States v. Sagebark/* MJ23-221

their use of firearms to protect their narcotics-related activities and of cellular telephones and other electronic means to facilitate communications while avoiding law enforcement scrutiny.

4.    I have written affidavits in support of court-authorized federal warrants and orders in the Western District of Washington for GPS tracking of telephones, Pen Register/Trap and Trace, search warrants, and Title III wiretap orders. Additionally, I have testified in grand jury proceedings, written investigative reports, and conducted and participated in numerous interviews of drug traffickers of various roles within drug organizations, which has provided me with a greater understanding of the methods by which drug trafficking organizations operate.

5.    I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations of, and to make arrests for, violations of the Controlled Substances Act, Title 21, United States Code, Section 801 et seq., and related offenses.

6.    The facts set forth in this Affidavit are based on my own personal observations, knowledge, training and experience; information obtained from other agents and witnesses; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is intended to show merely that there is sufficient probable cause that the defendant committed the charged offenses.  I did not have direct involvement of the arrest, search, or interview discussed herein. This complaint is based on information provided to me by the arresting officers, evidence processors, and interviewing agents.

**Summary of Probable Cause**

**Pre-Arrest Surveillance**

7.    On April 21, 2023, at approximately 6:09 a.m., law enforcement officers with King County Sheriff's Office (hereinafter, "KCSO"), observed a male driving a

Complaint - 4
*United States v. Sagebark/* MJ23-221

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Honda CRV bearing Washington license plate CAP5741, registered to "DAVID WAYNE SAGEBARK" arrive at Airport Way S and S Holgate Street in Seattle and park next to a Cadillac Escalade. KCSO observed the male in the CRV make contact with a known drug dealer, J.M.  Based on my training and experience, I know the area of Airport Way S and S Holgate Street to be frequent street-level drug dealing area of various drugs, including fentanyl powder, fentanyl-laced pills, and methamphetamine. During this surveillance, KCSO observed J.M. conduct multiple hand to hand transactions with various suspected drug customers with the male from the CRV present at that location as well. At approximately 7:20 a.m. and again at around 7:36 a.m., KCSO observed the male driver of the CRV exit the vehicle, and KCSO identified this male as DAVID WAYNE SAGEBARK JR based on a comparison to his driver's license photograph and recent booking photograph. At approximately 10:05 a.m., KCSO observed an unknown male walk up to and get into the passenger side of DAVID WAYNE SAGEBARK JR's Honda CRV and meet briefly with DAVID WAYNE SAGEBARK JR. Based on my training and experience, I know drug dealers often conduct drug deals in their vehicles in order to keep their drug dealing activities discrete and avoid law enforcement detection.

8.     Based on these prior observations, KCSO believed DAVID WAYNE SAGEBARK JR was a drug dealer active in the area of Airport Way S and S Holgate Street in Seattle.

**Arrest of SAGEBARK**

9.     On May 10, 2023, KCSO again observed DAVID WAYNE SAGEBARK JR in the area of Airport Way S and S Holgate Street in Seattle, Washington and conducted a probable cause arrest of him based on the prior observations. A search of DAVID WAYNE SAGEBARK JR's person incident to arrest resulted in the seizure of a Springfield Armory 9mm pistol bearing serial number BA599199 along with 9mm

Complaint - 5
*United States v. Sagebark/ MJ23-221*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ammunition and two magazines and approximately 1.9 grams of pills laced with fentanyl, which field tested positive for the presence of fentanyl.

10.    A search conducted by ATF Seattle showed the Springfield Armory 9mm pistol was purchase by DAVID WAYNE SAGEBARK JR on or about December 30, 2021.

11.    DAVID WAYNE SAGEBARK JR was transported to a local holding cell in the Seattle area while the evidence seized from his person was processed and his criminal history was reviewed by federal and local prosecutors.

12.    Based on federal charging review, FBI agents/task force officers conducted an interview of DAVID WAYNE SAGEBARK JR while he was in the local holding cell. DAVID WAYNE SAGEBARK JR was read his *Miranda* rights from the FBI Advice of Rights form, and he voluntarily waived his rights and agreed to speak with agents. During the interview, DAVID WAYNE SAGEBARK JR admitted to possessing fentanyl pills, getting supplied approximately 100 fentanyl pills at a time – sometimes getting supplied this quantity multiple times a day – and being a drug user of around ten to twenty fentanyl pills per day.

13.    Based on my training and experience, I know that drug dealers are often users of the same drugs they sell and that the amount of pills that DAVID WAYNE SAGEBARK JR admitted to buying from his supplier well exceeded his admitted daily drug use.

14.    DAVID WAYNE SAGEBARK JR also admitted to possessing a firearm and stated he carried the firearm for protection but denied that he carried the firearm for drug dealing. Based on my training and experience, I know that drug dealers often carry firearms during the course of their drug dealing to protect themselves, their drug supply, and their drug proceeds from rival drug dealers or others who are looking to rob them.

15.    Based on the above facts, I respectfully submit that there is probable cause to believe that DAVID WAYNE SAGEBARK JR did knowingly and intentionally

Complaint - 6
*United States v. Sagebark/* MJ23-221

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)- 4- piperidinyl] propenamide (hereafter, "fentanyl"), a substance controlled under Title 21, United States Code, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2 and knowingly carried a Springfield Armory 9mm pistol bearing serial number BA599199, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

_____

Shawna McCann, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 10th day of May, 2023.

_____

The Hon. Michelle L. Peterson
United States Magistrate Judge

Complaint - 7
*United States v. Sagebark/ MJ23-221*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970