Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____June 1_____ 20_23_

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

DAVID WAYNE SAGEBARK, JR.,

          Defendant.

NO. CR23-097 JHC

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about May 10, 2023, in King County, within the Western District of Washington, DAVID WAYNE SAGEBARK, JR. did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)- 4-piperidinyl] propenamide ("fentanyl"), methamphetamine, cocaine, and heroin, substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Indictment - 1
*United States v. Sagebark*
USAO No. 2023R0556

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about May 10, 2023, in King County, within the Western District of Washington, DAVID WAYNE SAGEBARK knowingly carried a firearm, that is: a Springfield Armory 9mm pistol, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, DAVID WAYNE SAGEBARK, Jr., shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to the following property seized on or about May 10, 2023, from the person of DAVID WAYNE SAGEBARK, Jr.:

    a.    One Springfield Armory 9mm pistol and any associated ammunition.

Upon conviction of the offense alleged in Count 2, DAVID WAYNE SAGEBARK, Jr., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to the following property seized on or about May 10, 2023, from the person of DAVID WAYNE SAGEBARK, Jr.:

Indictment - 2
*United States v. Sagebark*
USAO No. 2023R0556

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    a.    One Springfield Armory 9mm pistol and any associated ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 6-7-23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

NICHOLAS W. BROWN
United States Attorney

VINCENT T. LOMBARDI
Assistant United States Attorney

Indictment - 3
*United States v. Sagebark*
USAO No. 2023R0556

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970